Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
HERMES J LEIVA                                      Case No. 10-42026
LUMEY LEIVA                                         Account No.  1255


AMERICAN HOME MORTGAGE                              HERMES J LEIVA
PO BOX 631730                                       LUMEY LEIVA
4600 REGENT BLVD #200                               1733 IVY CT
IRVING, TX  75063-1730                              MONTGOMERY, IL  60538

                                                    MACEY BANKRUPTCY LAW PC
                                                    233 S WACKER DR #5150
                                                    CHICAGO, IL  60606


### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on October 17, 2011.

/S/  Marifran Smith
_____
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee


### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on November 04, 2011.

/S/  Marifran Smith
_____
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888